**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMIRAH THOMPSON,<br><br>              Plaintiff,<br><br>     v.<br><br>DATAX LTD,<br><br>              Defendant. | Civil Action No. 25-14283 (JXN) (MAH)<br><br><br>**ORDER** |

**NEALS**, District Judge

     **THIS MATTER** comes before the Court upon Defendant DataX, Ltd.'s ("Defendant") motion to dismiss Plaintiff Amirah Thompson's ("Plaintiff") Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure[1] 12(b)(6). (ECF No. 10.) Plaintiff opposed the motion. (ECF No. 12.) Defendant replied in further support (ECF No. 14) and filed a notice of supplemental authority (ECF No. 17). Additionally, before the Court is Plaintiff's motion for leave to file a sur-reply. (ECF No. 15.) The Court has carefully reviewed the Complaint and the parties' submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion and good cause shown,

     **IT IS** on this 22nd day of June 2026,

     **ORDERED** that Plaintiff's motion for leave to file the sur-reply (ECF No. 15) is **GRANTED**; it is further

     **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** *without prejudice* for lack of subject matter jurisdiction; it is further

     **ORDERED** that Defendant's motion to dismiss (ECF No. 10) is **DISMISSED** as *moot*;

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

it is further

**ORDERED** that Plaintiff may file an amended complaint consistent with the Court's Opinion within thirty (30) days from the date of this Order. If no amended complaint is filed within the time prescribed, the dismissal will ripen into a dismissal with prejudice; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail and **CLOSE** this case.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**